## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| GLENWOOD FARMS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Docket No. 03-CV-217-P-S |
| GARVE IVEY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision on the Motion of Defendant Steve Berman to Dismiss (Docket # 171) on May 16, 2005. Defendant Steven Berman filed his Objection to the Recommended Decision (Docket # 184) on May 31, 2005. Plaintiffs Glenwood Farms and Carrabassett Spring filed their Response (Docket # 195) to that Objection on June 7, 2005. In addition, on June 17, 2005, Plaintiff Tear of the Clouds notified the Court that it joined in the Response previously filed by Plaintiffs Glenwood Farms and Carrabassett Spring.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that:

1. The Recommended Decision of the Magistrate Judge (Docket # 171) is hereby <u>AFFIRMED</u>.

2. Defendant Steve Berman's Motions to Dismiss (Docket #s 151 & 152) are hereby <u>DENIED</u>.

SO ORDERED.

                                             /s/ George Z. Singal
                                             Chief U.S. District Judge

Dated this 23rd day of June, 2005