# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| GLENWOOD FARMS, INC. ) <br> CARRABASSETT SPRING WATER ) <br> COMPANY, INC. and TEAR OF THE ) <br> CLOUDS LLC, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> GARVE IVEY, THOMAS M. SOBOL, ) <br> IVEY & RAGSDALE (a partnership), ) <br> HAGENS HERMAN, LLP and STEVEN ) <br> BERMAN, ) <br> ) <br> Defendants ) | Civil No. 03-217-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 20, 2005, his Recommended Decision (Docket No. 334).  Plaintiffs Glenwood and Carrabassett filed their Objection to the Recommended Decision (Docket No. 338) on November 1, 2005.  Plaintiff Tear of the Clouds LLC filed its objection (Docket No. 341) on November 7, 2005. Defendants Berman, Ivey, Sobol, Ivey & Ragsdale, Hagens & Berman filed their Objection (Docket No. 342) on November 7, 2005 and their Response to Objection (Docket No. 345) on November 18, 2005. Plaintiffs Glenwood and Carrabassett filed their Response to Objection (Docket No. 346) on November 21, 2005.  Plaintiff Tear of the Clouds filed its Response to Objection (Docket No. 347) on November 23, 2005.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together

with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. i. The Motion of Plaintiffs Glenwood Farms, Inc. and Carrabassett Spring Water Company, Inc. for partial summary judgment on certain affirmative defenses (Docket No. 252) is GRANTED as to Affirmative Defense No. 16 in the answer filed by Defendants Thomas M. Sobol, Steven W. Berman and Hagens Berman Sobol Shapiro LLP and otherwise is DENIED.

   ii. The other Motions of Plaintiffs Glenwood Farms, Inc. and Carrabassett Spring Water Company, Inc. for partial summary judgment (Docket Nos. 162, 255, 258 and 268) are DENIED.

   iii. The Motion of Plaintiff Tear of the Clouds LLC for partial summary judgment (Docket No. 261) is DENIED.

   iv. The Motion of Defendants Sobol, Berman and Hagens Berman Sobol Shapiro LLP for summary judgment (Docket No. 260) is GRANTED as to Counts 7 and 23 of the Amended Complaint brought by Glenwood and Carrabassett (Docket No. 119) and Count 7 of the Complaint filed by Tear of the Clouds LLC (Docket No. 1 in CV-05-30-P-S); and is otherwise DENIED.

   v. The Motion for Summary Judgment of Defendants Ivey and Ivey & Ragsdale (Docket No. 262) is DENIED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 20th day of December, 2005.