# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| GLENWOOD FARMS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Docket No. 03-CV-217-P-S |
| GARVE IVEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ON BIFURCATION OF JURY TRIAL

Before the Court is Defendants' Motion in Limine to Bifurcate Trial on Punitive Damages and Counts 33 & 34 of the First Amended Complaint (Docket # 385). This Motion is hereby GRANTED.

Federal Rule of Civil Procedure 42(b) allows the Court to bifurcate a trial on any particular claim or issue "in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy."  Fed. R. Civ. P. 42(b). Through the pending motion, Defendants seek to bifurcate Plaintiffs' request for punitive damages as well as Plaintiffs' claims against Defendant Sobol under the Maine Fraudulent Transfer Act (Counts 33 & 34). For the reasons laid out in their Motion, Defendants have met their burden of showing that bifurcation of these issues is necessary to avoid prejudice. Moreover, the Court believes that reserving these issues for a second phase trial, which (if necessary) will follow immediately after the jury returns its verdict on the underlying issues of liability and compensatory damages, reflects a more efficient use of judicial resources. Therefore, the Court hereby orders that Plaintiffs' claims for

punitive damages as well as Plaintiffs' claims against Defendant Sobol under the Maine Fraudulent Transfer Act (Counts 33 & 34) will be bifurcated from the rest of this case and reserved for a second phase trial.

Despite this bifurcation order, the Court still anticipates completing the entire trial within the twelve and a half trial days previously discussed at the February 15, 2005 trial management conference. Therefore, at the March 1, 2006 trial management conference, Counsel shall be prepared to provide estimates for how much time they need to present the first phase of their case as well as how much time they plan to devote to the punitive/fraudulent transfer phase of their case (again, assuming this phase is necessary).

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 23rd day of February 2006.