# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| GLENWOOD FARMS, INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) GARVE IVEY, et al., ) ) ) Defendants. ) ) | Docket No. 03-CV-217-P-S |

## ORDER ON TESTIMONY OF ROBERT F. KENNEDY, JR.

Before the Court is Defendants' Motion in Limine to Exclude Testimony of Robert F. Kennedy, Jr. on the Basis of Lack of Personal Knowledge (Docket # 387). Having reviewed the proffer contained in Plaintiff Tear of the Clouds' Response (Docket # 395), the Court DENIES without prejudice Defendants' Motion (Docket # 387).

The Court is satisfied that the issue of Mr. Kennedy's alleged "celebrity status" can be addressed through the voir dire process. Plaintiff indicates that Mr. Kennedy's testimony will be limited to those relevant matters of which Mr. Kennedy has personal knowledge. Defendant is free to renew any objections based on lack of personal knowledge, relevance or other issues under F.R.E. 403 at trial on a question-by-question basis. However, the Court will not exclude Mr. Kennedy, who Defendants admit is one of the founders of Plaintiff Tear of the Clouds LLC, from taking the stand at trial.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 23rd day of February 2006.