## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

|  |  |  |
|---|---|---|
| GLENWOOD FARMS, INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Docket No. 03-CV-217-P-S |
| GARVE IVEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

### ORDER ON REMAINING MOTIONS IN LIMINE

Before the Court are the following motions: (1) Plaintiffs Motion in Limine to Exclude Argument that Max Stern "Would Have Filed the Class Action Suits Anyway" (Docket # 365), (2) Plaintiffs' Motion in Limine to Exclude References to Payments Made by Nestle to Jan Schlichtmann (Docket # 366) and (3) Defendants' Motion in Limine to Exclude Plaintiffs' Arguments that their Independent Counsel had "Limited" Retention Arrangements (Docket # 386).

To the extent that these motions in limine seek pretrial rulings excluding certain evidence under F.R.E. 402 and/or F.R.E. 403, the Motions are DENIED without prejudice. The issues raised by these motions appear to be best resolved via cross-exmination and the adversarial process. Having reviewed the submissions made in connections with these motions, the Court has concluded that the evidentiary issues raised can only be decided in the context of trial. Thus, despite the Court's ruling, the parties are free to raise these evidentiary objections at trial.

SO ORDERED.



/s/ George Z. Singal
Chief U.S. District Judge

Dated this 2nd day of March 2006.