**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| GLENWOOD FARMS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Docket No. 03-CV-217-P-S |
| HAGENS BERMAN SOBOL SHAPIRO LLP, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW ON PUNITIVE DAMAGES CLAIMS**

Before the Court is Defendants' Motion for Judgment as a Matter of Law on Punitive Damages Claims (Docket # 538). At a conference held after the jury returned its verdicts on the first phase of this bifurcated trial, the Court advised the parties that it would review written submissions on the punitive damages issue and thereafter advise the parties on whether it would take any action.

Having reviewed the submissions of both sides in light of the trial record already created, the Court has decided to RESERVE RULING on Defendants' Motion (Docket # 538) until both sides have finished their presentation of evidence on the punitive damage issue. Defendants are, of course, free to renew this Motion at the close of evidence on March 30, 2006.

SO ORDERED.


/s/ George Z. Singal
Chief U.S. District Judge

Dated this 23rd day of March 2006.

1